1002

[No. 26781-1-II. Division Two. May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS MICHAEL MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-00420-0, Daniel J. Berschauer and Richard A. Strophy, JJ., entered December 22, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27039-1-II. Division Two. May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. OLERA WORKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00303-4, Richard L. Brosey, J., entered February 16, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 27379-9-II. Division Two. May 28, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL D. OUSLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00138-5, Thomas J. Majhan, J., and William G. Knebes, J. Pro Tem., entered May 4, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27486-8-II. Division Two. May 28, 2003.]

KEITH D. MCGOFFIN, ET AL., *Respondents*, v. SUSANNE DAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-04713-0, David E. Foscue, J., entered June 14, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.